UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No.:   3:21-CR-41 RLM |
| ) | |
| JOSE REYNA ) | |
|     Defendant. ) | |

## NOTICE OF APPEAL

Notice is hereby given that Jose Reyna, above-named Defendant, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Judgment entered on this Action on January 30, 2023.

Dated:   February 6, 2023

    Respectfully submitted,

    Northern District of Indiana
    Federal Community Defenders, Inc.

    By:   s/ Scott J. Frankel
    Scott J. Frankel, Staff Attorney
    130 S. Main Street, Suite 300
    South Bend, IN 46601
    Phone:  (574) 245-7393
    Fax:  (574) 245-7394
    eMail: scott_frankel@fd.org