**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.:   3:21-CR-41 RLM** |
| | ) | |
| **JOSE REYNA** | ) | |
| **Defendant.** | ) | |

# DOCKETING STATEMENT

This is a direct appeal from an order of the United States District Court for the Northern District of Indiana, South Bend Division in a criminal prosecution. The criminal prosecution was brought pursuant to 18 U.S.C. § 922(k).

The jurisdiction of the District Court was authorized pursuant to 18 U.S.C. § 3231. The United States Court of Appeals for the Seventh Circuit has jurisdiction pursuant to 28 U.S.C. § 1291 and 18 U.S.C. § 3742. The *Judgment in a Criminal Case* was entered by the District Court for the Northern District of Indiana, South Bend Division on January 30, 2023.

The District Court sentenced the Defendant to a term of imprisonment of 28 months, followed by two years of supervised release.

On February 6, 2023, the Defendant filed a timely Notice of Appeal. This is an appeal from a final order or judgment that disposes of all parties' claims.

Dated:   <u>February 6, 2023</u>

Respectfully submitted,

Northern District of Indiana
Federal Community Defenders, Inc.

By:   <u>s/ Scott J. Frankel</u>
Scott J. Frankel, Staff Attorney
130 S. Main Street, Suite 300
South Bend, IN 46601
Phone:   (574) 245-7393
Fax:   (574) 245-7394
eMail: scott_frankel@fd.org